# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARTURO GOMEZ-TORRES,
Appellant,
vs.
STEPHANIE LOVELL,
Respondent.

No. 76963

**FILED**

JAN 1 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of withdrawal of appeal filed on September 18, 2018, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A. B_

cc: Chief Judge, The Eighth Judicial District Court
Hon. Gerald W. Hardcastle, Senior Judge
Bowen Law Offices
Stephanie Lovell
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

19-01771